**Order entered October 30, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-00922-CR
No. 05-15-00923-CR

**RICARDO STEPHEN RIVAS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F15-53020-S, F15-53021-S**

## ORDER

In his first issue, appellant complains the trial court erred by not making written findings of fact and conclusions of law upon appellant's request. The trial court must make findings of fact and conclusions of law regarding its ruling on a motion to suppress at the request of the non-prevailing party. *See State v. Cullen*, 195 S.W.3d 696, 698–99 (Tex. Crim. App. 2006). The more efficient process would have been for appellant to file a motion in this Court asking that the appeal be abated for entry of findings of fact and conclusions of law. Nevertheless, to expedite the process, this is the order of the court.

We **ORDER** the trial court to enter written findings of fact and conclusions of law regarding its ruling on appellant's motion to suppress. We further **ORDER** the trial court to

transmit those written findings of fact and conclusions of law to this Court within **TWENTY-ONE DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Amber Givens-Davis, Presiding Judge, 282nd Judicial District Court; Felicia Pitre, Dallas County District Clerk; and to counsel for all parties.

We **ABATE** the appeals to allow the trial court to comply with this order. The appeals shall be reinstated twenty-one days from the date of this order or when the findings are received.


/s/     ADA BROWN
        JUSTICE